UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEA,

        Plaintiff,

vs.                          Case No.  3:04-cv-1313-J-99MCR

EL PASO MUNICIPAL ENERGY, LLC.,

        Defendant.

_____/

# **O R D E R**

    **THIS CAUSE** is before the Court on Defendant's Motion to Strike, Request for

Compliance with Local Rule 3.01(a) or Motion to Dismiss (Doc. 4) filed January 18,

2005.  In this motion, Defendant takes the position that Plaintiff's complaint to vacate an

arbitration award (Doc. 1) must be stricken because the proper procedure for seeking

relief from an arbitration award is to file a motion seeking to vacate the award.  The

Court agrees filing a motion, rather than a complaint, is the proper procedure.  See O.R.

Securities v. Professional Planning Associates, 857 F.2d 742, 746 (11th Cir. 1988)

(holding the Federal Arbitration Act provides that the proper procedure "is for the party

seeking to vacate an arbitration award to file a Motion to Vacate in the district court").

Accordingly, after due consideration, it is

    **ORDERED**:

    Defendant's Motion to Strike, Request for Compliance with Local Rule 3.01(a) or

Motion to Dismiss (Doc. 4) is **GRANTED in part**.  Plaintiff's complaint (Doc. 1) is

stricken and Plaintiff is ordered to file an appropriate motion (which complies with Local

Rule 3.01(a)) no later than **February 7, 2005**.  Defendant shall file a response to the motion ten days thereafter.

      **DONE AND ORDERED** in Chambers in Jacksonville, Florida this __19th__ day of January, 2005.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record