FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR 20  A 11: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

In the Matter of the Arbitration between

JEA,

    Petitioner,

v.   Case No. 3:04-cv-1313-J-20MCR

EL PASO MUNICIPAL ENERGY, L.L.C.,

    Respondent.
_____/

## ORDER

Before the Court is the Parties' Voluntary Dismissal Stipulation (Doc. No. 30, filed March 15, 2006). In accordance with the settlement stipulation, all claims in this action are **DISMISSED with prejudice.** The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _16_ day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Ernst D. Mueller, Esq.
Richard Kyle Gavin, Esq.
Katie Lee Dearing, Esq.

1